BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, California 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT PRIGAN, et al., | Case No. C-05-02389 CRB |
| Plaintiffs, | JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| QUALITY WHOLESALE HOMES, INC., etc., | |
| Defendant. | |

The parties hereby apply for and stipulate to issuance of an order continuing the case management conference from October 7, 2005, to October 28, 2005. A proposed order appears at the end of this application.

There is good cause to grant this application for the following reasons. First, it is based upon the stipulation of the parties. Second, defendant has filed a motion to dismiss, currently set to be heard on October 7, 2005. If that motion is granted, then plaintiffs will be required to refile this matter in the state of Utah. Third, plaintiffs' counsel is scheduled to be in trial on October 7, 2005, before Judge Florence-Marie Cooper, United States District Judge for the Central District of California in <u>Inland</u>

JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER                                                                            Case No. C-05-02389 CRB

1 | Mediation Board, et al. v. City of Pomona, et al. Finally, this brief continuance will not
2 | delay the ultimate resolution of this matter.
3 | So stipulated.

4 | Respectfully submitted,

5 | September 6, 2005.   BRANCART & BRANCART

7 | _____
8 | Christopher Brancart
   | Attorneys for Plaintiffs

9 | September 6, 2005.   JULANDER, BROWN & BOLLARD

11 | /s (see attached fax)
   | _____
12 | Terry J. Allen
   | Attorneys for Defendant

\* \* \* \* \* \*

[PROPOSED] ORDER

Based upon the foregoing application, and good cause appearing therefor, IT IS HEREBY ORDERED that the case management conference is continued to October 28, 2005, at 8:30 a.m. The parties shall file their case management statement by October 21, 2005.

IT IS SO ORDERED.

Dated: September 9th, 2005.

APPROVED
Judge Charles R. Breyer

Honorable
United States District Judge

JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
Case No. C-05-02389 CRB