BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
Post Office Box 686
Pescadero, California 94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT PRIGAN, et al., | Case No. C-05-02389 CRB |
| Plaintiffs, | JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| QUALITY WHOLESALE HOMES, INC., etc., | |
| Defendant. | |

The parties hereby apply for and stipulate to issuance of an order continuing the case management conference in this matter, presently set for Friday, October 28, 2005, at 8:30 a.m., to Friday, November 18, 2005, at 8:30 a.m. A proposed order appears at the end of this application.

There is good cause to grant this application for the following reason: First, it is based upon the stipulation of the parties. Second, on October 7, 2005, the Court denied defendant's motion for change of venue. Following that hearing, counsel conferred and decided that parties should reopen settlement discussions. Defendant has agreed to provide a response to plaintiffs' settlement demand. Third, because the parties have now re-engaged in settlement discussions, it would promote settlement to continue the case

JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER                                                            Case No. C-05-02389 CRB

1  management conference, so that additional costs associated with that conference are not
2  incurred. If the case management conference is not continued, the parties must incur the
3  costs of preparing the joint case management conference statement, which is due shortly.
4  Fourth, this short continuance will not delay the ultimate disposition of this matter.
5      So stipulated.

6                        Respectfully submitted,
7  October 13, 2005.    BRANCART & BRANCART

10                        Christopher Brancart
                      Attorneys for Plaintiffs

11  October 13, 2005.    JULANDER, BROWN & BOLLARD

14                        William C. Bollard
                      Attorneys for Defendant

15                * * * * * *

16                [PROPOSED] ORDER
17      Based upon the foregoing application, and good cause appearing therefor, it is
18  hereby ordered that the case management conference set for Friday, October 28, 2005,
19  at 8:30 a.m., is hereby vacated and reset for Friday, November 18, 2005, at 8:30 a.m.
20  The parties case management statement and proposed order is now due by November
21  4, 2005.

22      It is so ordered.
23      Dated: ~~September~~, 2005.
24          October 24

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

28  JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
    [PROPOSED] ORDER                      Case No. C-05-02389 CRB