1  William C. Bollard, Bar No. 105489
   JULANDER, BROWN & BOLLARD
2  Two Park Plaza, Suite 450
   Irvine, California 92614
3  Telephone:  (949) 477-2100
   Facsimile:  (949) 477-6355
4

5  Attorneys for Defendant QUALITY WHOLESALE HOMES, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11

12 ROBERT PRIGAN AND MARITA PRIGAN,  )  CASE NO. 3:05-CV-02389 CRB
                                     )
13            Plaintiffs,            )  **JOINT APPLICATION AND**
                                     )  **STIPULATION CONTINUING CASE**
14 vs.                               )  **MANAGEMENT CONFERENCE;**
                                     )  **[PROPOSED] ORDER THEREON**
15 QUALITY WHOLESALE HOMES, INC. aka )
   QUALITY WHOLESALE HOMES &         )  Date:   November 18, 2005
16 FURNISHINGS, INC.,                )  Time:   8:30 a.m.
                                     )  Ctrm:   8
17            Defendants.            )
                                     )
18                                   )
                                     )
19                                   )
                                     )  COMPLAINT FILED:       6/13/05
20 _____  )  TRIAL DATE:            None Set

21

22         The parties hereby apply for and stipulate to issuance of an order continuing the case

23 management conference in this matter presently set for Friday, November 18, 2005, at 8:30 a.m.,

24 to Friday, December 2, 2005 at 8:30 a.m.  A proposed order appears at the end of this application.

25         There is good cause to grant this application for the following reason: First, it is based

26 upon the stipulation of the parties.  Second, the parties continue to engage in settlement

27 discussions.  Thus, it would promote settlement to continue the case management conference so

28 that additional costs associated with that conference are not incurred.  If the case management

1   conference is not continued, the parties must incur the costs of preparing the joint case

2   management conference statement.  Third, this short continuance will not delay the ultimate

3   disposition of this matter.

4        So stipulated.

5                                      Respectfully submitted,

6   DATED: November 7, 2005           BRANCART & BRANCART

7

8                                      By:        /s/
                                           Christoper Brancart, Esq.
9                                      Attorney for Plaintiffs ROBERT PRIGAN AND
                                       MARITA PRIGAN
10  DATED: November 7, 2005           JULANDER, BROWN & BOLLARD

11

12                                     By:        /s/
13                                         William C. Bollard, Esq.
                                       Attorney for Defendant QUALITY WHOLESALE
14                                     HOMES, INC.

15

16                          * * * * * * * * * * * * *

17  [PROPOSED] ORDER

18        Based upon the foregoing application, and good cause appearing therefor, it is hereby

19  ordered that the case management conference set for Friday, November 18, 2005 at 8:30 a.m., is

20  hereby vacated and reset for Friday, December 2, 2005, at 8:30 a.m.  The parties' case

21  management statement and proposed order is now due by November 18, 2005.

22        It is so ordered.

23

24  DATED:  November 7, 2005           _____
                                       Honorable Charles R. Breyer
25                                     United States District Judge

26

27

28

JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA