1  William C. Bollard, Bar No. 105489
   JULANDER, BROWN & BOLLARD
2  Two Park Plaza, Suite 450
   Irvine, California 92614
3  Telephone: (949) 477-2100
   Facsimile: (949) 477-6355
4

5  Attorneys for Defendant QUALITY WHOLESALE HOMES, INC.

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11

12 | ROBERT PRIGAN AND MARITA PRIGAN, ) | CASE NO. 3:05-CV-02389 CRB
   |                                   ) |
13 |            Plaintiffs,            ) | **JOINT APPLICATION AND**
   |                                   ) | **STIPULATION CONTINUING CASE**
14 | vs.                               ) | **MANAGEMENT CONFERENCE;**
   |                                   ) | **[PROPOSED] ORDER THEREON**
15 | QUALITY WHOLESALE HOMES, INC. aka ) |
   | QUALITY WHOLESALE HOMES &         ) | Date:  December 2, 2005
16 | FURNISHINGS, INC.,                ) | Time:  8:30 a.m.
   |                                   ) | Ctrm:  8
17 |            Defendants.            ) |
   |                                   ) |
18 |                                   ) |
   |                                   ) |
19 |                                   ) |
   |                                   ) | COMPLAINT FILED:  6/13/05
20 |                                   ) | TRIAL DATE:       None Set

21

22         The parties hereby apply for and stipulate to issuance of an order continuing the case

23 management conference in this matter presently set for Friday, December 2, 2005, at 8:30 a.m., to

24 Friday, January 6, 2006, at 8:30 a.m. A proposed order appears at the end of this application.

25         There is good cause to grant this application for the following reason: First, it is based

26 upon the stipulation of the parties. Second, the parties continue to engage in settlement

27 discussions, and have exchanged and are considering settlement proposals. Thus, it would

28 promote settlement to continue the case management conference so that additional costs associated

---

3QUA0103/Stip&Order2ContinueCMC\11/28/05         -2-

JOINT APPLICATION AND STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER

1  with that conference are not incurred.  If the case management conference is not continued, the
2  parties must incur the costs of preparing the joint case management conference statement.  Third,
3  this additional continuance will not delay the ultimate disposition of this matter.
4      So stipulated.

5                  Respectfully submitted,

6  DATED: November 28, 2005        BRANCART & BRANCART

8                  By:    /s/
9                  Christoper Brancart, Esq.
                Attorney for Plaintiffs ROBERT PRIGAN AND MARITA PRIGAN

10 DATED: November 28, 2005        JULANDER, BROWN & BOLLARD

13                 By:    /s/
                William C. Bollard, Esq.
14                 Attorney for Defendant QUALITY WHOLESALE HOMES, INC.

16                 * * * * * * * * * * * *

17                 **[PROPOSED] ORDER**

18      Based upon the foregoing application, and good cause appearing therefor, it is hereby
19  ordered that the case management conference set for Friday, December 2, 2005 at 8:30 a.m., is
20  hereby vacated and reset for Friday, January 6, 2006, at 8:30 a.m.  The parties' case management
21  statement and proposed order is now due by December 23, 2005.
22      It is so ordered.

24  DATED:  November 29, 2005                               
25                  Honorable Charles R. Breyer
                United States District

*APPROVED — Judge Charles R. Breyer*