1  BRANCART & BRANCART
   Christopher Brancart (SBN 128475)
2  Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, California 94060
   Tel:   (650) 879-0141
4  Fax:   (650) 879-1103

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT PRIGAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QUALITY WHOLESALE HOMES, INC., etc., <br><br> Defendant. | Case No. C-05-02389 CRB <br><br> JOINT APPLICATION AND STIPULATION RE DISMISSAL OF ACTION; [PROPOSED] ORDER |

The parties hereby apply for and stipulate to issuance of an order dismissing this action with prejudice pursuant to the terms of a mutual release and settlement

///
///
///

JOINT APPLICATION AND STIPULATION RE DISMISSAL; PROPOSED ORDER
Case No. C-05-02389 CRB

agreement executed by the parties. A proposed order appears at the end of this joint application.

So stipulated.

January 9 ~~September~~, 2006.

Respectfully submitted,

BRANCART & BRANCART

Christopher Brancart
Attorneys for Plaintiffs

January 9, 2006 ~~September_____, 2005.~~

JULANDER, BROWN & BOLLARD

William C. Bollard
Attorneys for Defendant

* * * * * *

~~[PROPOSED]~~ ORDER

Based upon the foregoing application, and good cause appearing therefor, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to the terms of the mutual release and settlement agreement executed by the parties.

IT IS SO ORDERED.

Dated: January 13, 2006.



Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer